1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| ROY REID, | Civil No.   10cv1356 BTM (BLM) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; CALIPATRIA STATE PRISON, | |
| Defendants. | |

12
13
14
15
16
17
18

19      On June 21, 2010, Roy Reid, a former state inmate, filed a civil action pursuant to 42
20  U.S.C. § 1983 in the Eastern District of California.   On June 25, 2010, Magistrate Judge
21  Kimberly Mueller issued an Order transferring the matter to the Southern District of California.
22  This Court granted Plaintiff's Motion to Proceed *in forma pauperis* ("IFP") and sua sponte
23  dismissed his action for failing to state a claim and for seeking monetary damages against
24  immune defendants. *See* July 6, 2010 Order at 4.

25      Plaintiff was granted sixty (60) days leave to file an Amended Complaint that corrected
26  the deficiencies of pleading identified by the Court. *Id.*  That time has since passed and Plaintiff
27  has failed to file an Amended Complaint.  Therefore, the Court DISMISSES this action for all
28  the reasons set forth in the July 6, 2010 Order and for failing to comply with the Court's Order.

1

2          The Clerk of Court is directed to enter judgment for the Defendants and close the file.

3          **IT IS SO ORDERED.**

4

5    DATED:  November 8, 2010

6                                                          _Barry Ted Moskowitz_

7                                              Honorable Barry Ted Moskowitz
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28